# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BOBBY ALAN RIDOUT, | Case No. 3:19-cv-00236 |
| Plaintiff, | |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **DECISION AND ENTRY** |
| Defendant. | |

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on June 8, 2020 (Doc. #12) is ADOPTED in full;

2. Defendant's Motion for Voluntary Remand (Doc. #9) is GRANTED, and the case is remanded to the Social Security Administration for further consideration; and

3. The case remains terminated on the Court's docket.

June 30, 2020                                         *s/Thomas M. Rose

                                                      Thomas M. Rose
                                                      United States District Judge